**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
   E-Mail: Rebecca.Weinreich@lewisbrisbois.com
JORDON E. HARRIMAN, SB# 117150
   E-Mail: harriman@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile:  213.250.7900

Attorneys for Plaintiff STEADFAST INSURANCE COMPANY


CARL P. BLAINE (State Bar #65229)
   E-mail:  cblaine@wkblaw.com
ERIC R. GARNER (State Bar # 131232)
   E-mail:  egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:    (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for Defendants
REYNEN & BARDIS COMMUNITIES, INC.
UPPER HIGHLANDS OWNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      vs.<br><br>REYNEN & BARDIS DEVELOPMENT (NEVADA) LLC; REYNEN & BARDIS COMMUNITIES, INC.; REYNEN & BARDIS COMMUNITIES (NEVADA) LLC; REYNEN & BARDIS  (MT. ROSE ESTATES) LLC; REYNEN & BARDIS CONSTRUCTION (NEVADA), INC.; UPPER HIGHLANDS OWNERS, LLC; and DOES 1 through 100, inclusive,<br><br>             Defendants. | CASE NO. 2:13-CV-02157-GEB-KJN<br><br>**STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND EXTEND RULE 26 DEADLINES; [PROPOSED] ORDER** |

4836-1327-1319.1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144, Plaintiff Steadfast Insurance Company, by and through its counsel of record, Jordon E. Harriman of Lewis Brisbois Bisgaard & Smith LLP, and Defendants Reynen & Bardis Communities, Inc. and Upper Highlands Owners, LLC, ("Defendants") by and through their counsel of record, Eric R. Garner of Wagner Kirkman Blaine Klomparens & Youmans LLP, stipulate and request as follows:

Four defendants (Reynen & Bardis Development (Nevada) LLC; Reynen & Bardis Communities (Nevada) LLC; Reynen & Bardis (Mt. Rose Estates) LLC; and Reynen & Bardis Construction (Nevada), Inc.) remain unserved. These defendants do not have agents for service of process, which would necessitate expending time and expense to serve them through the Nevada Secretary of State. However, counsel for the two answering defendants has agreed to accept service for the four remaining defendants as of January 6, 2014. The answers for these four defendants will consequently be due on January 26, 2014.

The Court has set a Status (Pretrial Scheduling) Conference for January 21, 2014. At that time, only two of the defendants will have appeared and be able to take part in the Conference. As such, the parties respectfully stipulate and request that the Status (Pretrial Scheduling) Conference be continued for approximately 30 days, to February 18, 2014, or to such other date as the Court may set. The parties also stipulate and request that the current applicable deadlines under FRCP 26 and Local Rule 250 be continued to run from the continued Conference date. The appearing parties will timely file a Joint Report under Rule 26 for the currently scheduled Conference date.

No prior continuance of the Status (Pretrial Scheduling) Conference has been requested or granted.

DATE: January 7, 2014                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  /s/ Jordon E. Harriman
     Jordon E. Harriman
     Attorneys for Plaintiff
     STEADFAST INSURANCE

DATE:  January 7, 2014                    WAGNER KIRKMAN BLAINE
                                           KLOMPARENS & YOUMANS LLP


                                           By:  /s/ Eric R. Garner (as authorized on 1/7/14)
                                               Eric R. Garner
                                               Attorneys for Defendants
                                               REYNEN & BARDIS COMMUNITIES, INC.
                                               UPPER HIGHLANDS OWNERS, LLC


### [PROPOSED] ORDER

The Status (Pretrial Scheduling) Conference, currently scheduled for January 21, 2014, is continued to March 3, 2014, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  January 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

# FEDERAL COURT PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 7, 2014, I served the following document(s): **STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND EXTEND RULE 26 DEADLINES; [PROPOSED] ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Carl P. Blaine, Esq.
   E-mail:  cblaine@wkblaw.com
Eric R. Garner, Esq.
   E-mail:  egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Tel. (916) 920-5286 / Fax (916) 920-8608

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 7, 2014, at Los Angeles, California.

Karina Olivarria

4836-1327-1319.1

